# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0154
LT Case No. 16-2020-CF-4446

_____

DERRICK WHITE, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Jessica J. Yeary, Public Defender, and Danielle Jorden,
Assistant Public Defender, Tallahassee, for Appellant.

Ashely Moody, Attorney General, and Kristie Regan, Assistant
Attorney General, Tallahassee, for Appellee.

November 21, 2023

PER CURIAM.

    AFFIRMED.

MAKAR, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____